Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
Jodi-Ann McLane
jmclane@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Street
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Lashify, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASHIFY, INC., <br><br> *Plaintiff* <br><br> v. <br><br> QINGDAO MARS CULTURE MEDIA CO., LTD d/b/a QINGDAO BOOMSTAR CULTURE MEDIA CO., LTD d/b/a UCOOLME and/or AIRYCUTE; QINGDAO QINGQINGMEI TRADING CO. d/b/a UCOOLME and/or AIRYCUTE; and QINGDAO SHUNSHIERWEI NETWORK TECHNOLOGY CO., LTD. d/b/a UCOOLME and/or AIRYCUTE, <br><br> *Defendants* | **26-cv-3145 (LJL)** <br><br><br> ~~**[PROPOSED]**~~ <br> **UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __14__ day of ____May____, 2026, at ____9:05 a.__ .m.
New York, New York

_____

HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

1