**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LASHIFY INC.,

                              Plaintiff,                                          **26 Civ. No. 3145 (LJL)**

            -against-
                                                                                  **PRE-SETTLEMENT**
                                                                                  **CONFERENCE ORDER**
QINGDAO MARS CULTURE MEDIA
CO. LTD.,  *et al.,*

                              Defendants.
----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

           This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, October**

**7, 2026 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference.

The parties are directed to consult the undersigned's Settlement Conference Procedures,

available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference

via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 700 278**

**872#.**  Prior to the call, counsel are directed to confer with each other and their clients so that,

during the call, they can propose three mutually convenient dates for a Settlement Conference.

           **SO ORDERED.**

DATED:      New York, New York
                  July 1, 2026

                                                                        _____
                                                                        The Honorable Gary Stein
                                                                        United States Magistrate Judge