**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

LASHIFY INC.,

Plaintiff,

-against-

QINGDAO MARS CULTURE MEDIA CO. LTD., *et al.,*

Defendants.

-----------------------------------------------------------------------X

**26 Civ. 3145 (LJL)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On July 1, 2026, following an Order of Reference from Judge Furman, the Court scheduled a Pre-Settlement Conference Call (via videoconference) in this action for today at 10 am. (Dkt. No. 46). Plaintiff's counsel did not show up for the conference at all, and Defendant's counsel showed up only after being contacted by my chambers. Based on a review of the Case Management Plan and the discussion with defense counsel during the conference, the Court will not schedule a settlement conference at this time. When the parties believe the time is ripe for a settlement conference, they are directed to contact my chambers so a settlement conference may be scheduled. Counsel are admonished that if they fail to attend future conferences with the Court as required, they may be subject to sanctions.

**SO ORDERED.**

DATED: New York, New York
October 7, 2026

The Honorable Gary Stein
United States Magistrate Judge