USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LASHIFY, INC.,

Plaintiff,

-v-

QINGDAO MARS CULTURE MEDIA CO., et al.,

Defendants.

---------------------------------------------------------------------X

26-cv-3145 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On September 30, 2026, the parties in the related case *Lashify Inc. v. Qingdao Network Technology Co. Ltd.*, Case No. 1:25-cv-04183-LJL, notified the Court that they had reached a settlement in principle and asked the Court to stay all deadlines and lift the preliminary injunction entered in that action. *See* Joint Letter Requesting Stay of Discovery, *Lashify Inc. v. Qingdao Network Technology Co. Ltd.*, Case No. 1:25-cv-04183-LJL (Sept. 30, 2026), Dkt. No. 156. As Plaintiff Lashify Inc. has previously represented to the Court that the Defendants in that case are related to those in this case, *see, e.g.*, Dkt. 50 at 8 n.3, the Court asks the parties for an update as to whether a settlement has been reached in this case as well. The parties are directed to file a letter updating the Court on the status of any settlement or settlement discussions no later than October 15, 2026. The Court is mindful that counsel for Plaintiff failed to attend an ordered pre-settlement conference call on October 7, 2026, and that counsel for Defendant Qingdao Mars Culture Media Co Ltd. appeared only after being contacted by the Magistrate Judge. *See* Dkt. No. 61. In issuing this Order, the Court makes no conclusion as to

the relationship, if any, between the Defendants across the two cases.

SO ORDERED.

Dated: October 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge